PAINE, Respondent, v. KERR et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Irving Paine against Abram T. Kerr and Albert D. Kerr. No opinion. Judgment affirmed, with costs.

In re PARISH. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) In the matter of the examination of Emma E. Parish, third person, upon the application of George W. Pierce, judgment creditor, in proceedings supplementary to execution in the action entitled: "Supreme Court, Ontario County. George W. Pierce v. W. Scott Parish." No opinion. Order affirmed, with $10 costs and disbursements. See 50 N. Y. Supp. 735.

PARKER, Appellant, v. DAY, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Leroy Parker against David F. Day. No opinion. Motion to amend the order of the superior court of Buffalo denied, with $10 costs.

PARKER et al., Respondents, v. NEWELL, Appellant. (City Court of New York, General Term. May 10, 1898.) Action by Andrew D. Parker and another against Edward J. Newell. David H. Knapp, for appellant. George A. Wingate, for respondents.

PER CURIAM. The order appealed from was a just and reasonable one. All of the surrounding circumstances, the official stamp on the envelope, and the time of its delivery at plaintiffs' attorney's office show that defendant is probably mistaken when he states that the mailing occurred before midnight. Order affirmed, with costs.

PEOPLE ex rel. CORBLEY, Appellant, v. ROOSEVELT et al., Respondents. (Supreme Court, Appellate Division, First Department. April 7, 1898). Action by the people of the state of New York, on the relation of James Corbley, against Theodore Roosevelt and others. L. J. Grant, for appellant. T. Farley, for respondents. No opinion. Writ dismissed, with costs.

PEOPLE ex rel. JOHNSTON, Appellant, v. MOSS et al., Respondents. (Supreme Court, Appellate Division, First Department. April 7, 1898.) Action by the people of the state of New York, on the relation of Robert S. Johnston, against Frank Moss and others. L. J. Grant, for appellant. T. Farley, for respondents. No opinion. Writ dismissed, with costs.

PEOPLE ex rel. KUHTMAN, Appellant, v. MARTIN et al., Respondents. (Supreme Court, Appellate Division, First Department. April 15, 1898.) Action by the people of the state of New York, on the relation of Frank A. Kuhtman, against James J. Martin and others. L. J. Grant, for appellant. T. Farley, for respondents. No opinion. Proceedings affirmed, with costs.

PEOPLE ex rel. O'KEEFE, Appellant, v. MOSS et al., Respondents. (Supreme Court, Appellate Division, First Department. April 7, 1898.) Action by the people of the state of New York, on the relation of Thomas O'Keefe, against Frank Moss and others. E. H. Hawke, Jr., for appellant. T. Farley, for respondents. No opinion. Writ dismissed, with costs.

PERKINS et al., Appellants, v. MERCHANTS' LITHOGRAPHING CO., Respondent. (Supreme Court, Appellate Term. November, 1897.) Action by George F. Perkins and others against the Merchants' Lithographing Company. Charles D. Ridgway, for appellants. Gratz Nathan, for respondent. No opinion. Order affirmed, with costs, upon argument. See 47 N. Y. Supp. 712.

PHILLIPS, Respondent, v. FISCHER, Appellant. (Supreme Court, Appellate Division, Second Department. March 29, 1898.) Action by James J. E. Phillips against Henry C. Fischer. No opinion. Judgment and order affirmed, with costs.

PIERCE, Respondent, v. PARRISH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by George W. Pierce against W. Scott Parrish and Emma E. Parrish. No opinion. Motion denied, without costs. See 50 N. Y. Supp. 735.

PIERCE, Respondent, v. PARRISH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by George W. Pierce against W. Scott Parrish and Emma E. Parrish. No opinion. Order affirmed, with $10 costs and disbursements. See 50 N. Y. Supp. 735.

POWER, Respondent, v. STATEN ISLAND ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 29, 1898.) Action by John T. B. Power against the Staten Island Electric Railroad Company. No opinion. Interlocutory judgment affirmed, with costs, and with leave to the defendant, within 20 days, to withdraw demurrer and serve answer on payment of such costs.

PROVOST, Appellant, v. VIELE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Isidore E. Provost against Platt B. Viele and John M. Davy, individually and as surviving executors, etc. No opinion. Judgment affirmed, with costs. All concur, except HARDIN, P. J., and GREEN, J., dissenting.

REISFELDT, Appellant, v. NASSAU FERRY CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 29, 1898.) Action by Gussie Reisfeldt against the Nassau Ferry Company. No opinion. Judgment and order unanimously affirmed, with costs.